IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                           1:18-CR-03489-WJ

JOSE MARIA OLIVAS,

    Defendant.

## ORDER REVOKING CONDITIONS OF RELEASE
## PENDING FINAL REVOCATION HEARING

THIS MATTER is before the Court for hearing, the Court having found that the Defendant violated his conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant JOSE MARIA OLIVAS, be remanded to the custody of the U.S. Marshal pending the final revocation hearing in this matter.

                                                         _____/s/_____
                                                         Laura Fashing, U.S. Magistrate Judge